# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2021

163246-52(67)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

GOVERNOR GRETCHEN WHITMER,
        Appellant,

v

BOARD OF STATE CANVASSERS and
JAMES MAKOWSKI,
        Appellees.

SC: 163246
COA: 354474
Bd of State Canvassers:
    00-000000

_____

GOVERNOR GRETCHEN WHITMER,
        Appellant,

v

BOARD OF STATE CANVASSERS and
BRENDA LACHAPPELLE,
        Appellees.

SC: 163247
COA 354475
Bd of State Canvassers:
    00-000000

_____

LIEUTENANT GOVERNOR GARLIN
GILCHRIST, II,
        Appellant,

v

BOARD OF STATE CANVASSERS and
CHAD BAASE,
        Appellees.

SC: 163248
COA: 354582
Bd of State Canvassers:
    00-000000

_____

GOVERNOR GRETCHEN WHITMER,
      Appellant,

v

BOARD OF STATE CANVASSERS and
CHAD BAASE,
      Appellees.

SC: 163249
COA: 354583
Bd of State Canvassers:
   00-000000

_____

GOVERNOR GRETCHEN WHITMER,
      Appellant,

v

BOARD OF STATE CANVASSERS and
JAMES MAKOWSKI,
      Appellees.

SC: 163250
COA: 354794
Bd of State Canvassers:
   00-000000

_____

GOVERNOR GRETCHEN WHITMER,
      Appellant,

v

BOARD OF STATE CANVASSERS and
MICHAEL GARABELLI,
      Appellees.

SC: 163251
COA: 354795
Bd of State Canvassers:
   00-000000

_____

GOVERNOR GRETCHEN WHITMER,
      Appellant,

v

BOARD OF STATE CANVASSERS and
JOHN PARKINSON,
      Appellees.

SC: 163252
COA: 354878
Bd of State Canvassers:
   00-000000

_____/

On order of the Chief Justice, the motion of defendant-appellee Board of State Canvassers to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on September 2, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2021



Clerk